UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRANK CARBONE,

                Plaintiff,

    - against -                  06 Civ. 4016 (DAB)
                                    ORDER
METRO NORTH COMMUTER RAILROAD,

                Defendant.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected by Defendant, in which event the action will be restored.

    SO ORDERED.

Dated:    New York, New York
            April 17, 2009

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/17/09]